IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.                                         **Civ. No. 17-36 MCA/WPL**

218 PIECES OF COUNTERFEIT
NATIVE AMERICAN JEWELRY,

    *Defendant-in-rem.*

**ORDER FOR STAY OF CIVIL FORFEITURE**

This matter is before the Court on the joint motion for stay of this civil forfeiture case, Doc. 10. The Court, being fully advised in the premises, finds that good cause appears for the requested stay pursuant to 18 U.S.C. §§ 981(g)(1) and (2), in that it is probable that proceeding with civil discovery in this case will adversely affect the ability of the Government to conduct the underlying criminal investigation and/or the prosecution of a related criminal case, and the continuation of the forfeiture proceedings at this time will burden the right of the claimants against self-incrimination in the related criminal case.

IT IS THEREFORE ORDERED that this civil forfeiture action, 17cv36 MCA/WPL, is stayed. This stay order is subject to periodic review every 90 days.

                                                */s/ William P. Lynch*
                                                WILLIAM P. LYNCH
                                                UNITED STATES MAGISTRATE JUDG

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| *Electronically submitted 3/14/2017* |   *Approved via email 3/14/2017* |
| STEPHEN R. KOTZ | AMBER FAYERBERG, ESQ. |
| Assistant U.S. Attorney | NICHOLAS T. HART, ESQ. |
| P.O. Box 607 | Freedman Boyd Hollander Goldberg Urias |
| Albuquerque, NM 87103 | & Ward, P. A. |
| (505) 346-7274 | Attorneys for Claimant Gold House Fine Jewelry |
| | 20 First Plaza, Suite 700 |
| | Albuquerque, NM 87102 |
| | (505) 842-9960 |